# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANA LYNN RIDGE and KARISSA ALBRECHT,<br><br>   Plaintiffs,<br><br>   v.<br><br>DYNASPLINT SYSTEMS, INC.,<br><br>   Defendant. | Case 1:14-cv-00378-GLR |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Dynasplint Systems, Inc. ("DSI"), through counsel, moves pursuant to Fed. R. Civ. P. 56, and in accordance with the Court's Letter Opinion dated December 15, 2014, Doc. 59, for summary judgment in its favor on the claim presented by plaintiffs Dana Lynn Ridge and Karissa Albrecht under the Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. §§ 2101-09.

For the reasons set out in the accompanying memorandum of law and supporting testimony and exhibits, this Court should grant DSI's motion and enter judgment in its favor as a matter of law.  This action should be dismissed with prejudice.

Date:   January 7, 2015          Respectfully submitted,

                      */s/ William J. Murphy*

                      William J. Murphy (Bar No. 00497)
                      Robert T. Shaffer III (Bar No. 04074)
                      Daniel P. Moylan (Bar No. 26476)
                      ZUCKERMAN SPAEDER LLP
                      100 East Pratt Street, Suite 2440
                      Baltimore, MD 21202-1031
                      T: 410-332-0444

F: 410-659-0436
wmurphy@zuckerman.com
rshaffer@zuckerman.com
dmoylan@zuckerman.com

*Counsel for Defendant*

4427741.1